# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FAUSTINO XAVIER BETANCOURT-COLÓN,<br><br>Plaintiff,<br><br>v.<br><br>B.V. PROPERTIES, INC., **ET.AL.**,<br><br>Defendants. | CIVIL NO. 21-1293 (PAD) |

## JUDGMENT

In accordance with the Memorandum and Order entered at Docket No. 27, judgment is hereby entered remanding the case to the Caguas Part of the Puerto Rico Court of First Instance.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 19th day of July, 2021.

                                                     s/Pedro A. Delgado-Hernández
                                                     PEDRO A. DELGADO HERNÁNDEZ
                                                     United States District Judge